No. 591. METROPOLITAN LIFE INSURANCE CO. v. BANION, ADMINISTRATOR, ET AL.

January 29, 1940. Dismissed per stipulation of counsel. *Messrs. William E. Mullen, Horace N. Hawkins, Harry Cole Bates,* and *Edward J. Boughton* for petitioner. *Messrs. William J. Wehrli* and *E. E. Enterline* for respondents.

No. 518. FIRST NATIONAL BANK OF ALTOONA, TRUSTEE, v. COMMISSIONER OF INTERNAL REVENUE;
No. 519. INDEPENDENT OIL CO. v. SAME;
No. 520. ROSENFELT v. SAME;
No. 521. HIRSCH v. SAME;
No. 522. S. M. COHN v. SAME;
No. 523. H. L. COHN v. SAME;
No. 524. C. N. COHN v. SAME;
No. 525. B. COHN TRUST v. SAME; and
No. 526. B. COHN v. SAME.

February 26, 1940. Dismissed on motion of counsel for the petitioners. *Messrs. S. Leo Rushland* and *Samuel Kaufman* for petitioners. *Solicitor General Biddle* for respondent.